UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 10-40233-FDS

| | |
|---|---|
| RON CARPENTER, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| P.O. SAMUEL RIVERA, P.O. ROBERT | ) |
| JOHNSON, P.O. MICHAEL MULVEY, | ) |
| SGT. GARY QUITADAMO, in their | ) |
| individual and official capacities, and | ) |
| JOHN DOES 1-5 in their individual or | ) |
| supervisory capacities, and GARY | ) |
| GEMME, Chief of Police, and City | ) |
| Manager MICHAEL V. O'BRIEN, each | ) |
| in their individual and official capacities, | ) |
| and the CITY OF WORCESTER, | ) |
|     Defendants | ) |

NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE
COURT TO THE UNITED STATES DISTRICT COURT

    Defendants, Police Officer Samuel Rivera, Police Officer Robert Johnson, Police Officer Michael Mulvey, Sergeant Gary Quitadamo, Chief of Police Gary Gemme, City Manager Michael V. O'Brien and the City of Worcester, through their undersigned attorneys, hereby file this Notice of Removal, pursuant to 28 U.S.C. §§ 1441(a) and (b) and 1446, to remove the above-captioned case now pending in the Superior Court, Department of the Trial Court, Commonwealth of Massachusetts, in and for the County of Worcester. As grounds for the removal, these Defendants state the following:

    1.    July 23, 2010, this action was filed in the Superior Court of Worcester County, Massachusetts, as Civil Action No. 10-01609C. The initial complaint was never served. A First Amended Complaint was filed on October 7, 2010. Plaintiff filed, and the court granted, an Ex

Parte Emergency Motion to Extend Time to Serve. Process was served upon Gary Gemme, Chief of Police, on or about October 14, 2010. Process was served upon Michael V. O'Brien, City Manager, and the City of Worcester on or about October 14, 2010.[1] Process was served upon Samuel Rivera on or about October 21, 2010. Process was served upon Michael Mulvey on or about November 13, 2010. Process was served upon Robert Johnson on or about November 17, 2010. On November 19, 2010, Plaintiff filed, and the court granted, a second Ex Parte Emergency Motion to Extend Time to Serve Gary Quitadamo. Process was served on Gary Quitadamo on or about November 19, 2010.[2] (See Worcester Superior Court Docket, included as part of State Court Record.)

2. This action is a civil action brought by Plaintiff, in which he seeks, among other things, to recover damages he allegedly suffered when the Defendants allegedly violated his civil rights under 42 U.S.C. § 1983. (See Plaintiff's First Amended Complaint, State Court Record.)

3. The action is one of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and 42 U.S.C. § 1983, and is one which may be removed to the District Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a) and (b) in that it is a civil action containing claims or rights arising under the laws of the United States.

4. Due to the broadly staggered service of process on Defendants, who are represented by common counsel, Defendants requested, and Plaintiff granted, an extension to file a responsive pleading within ten days after service of process to the last Defendant.

5. This notice is filed within thirty days after the last Defendants were served with copies of the summons and complaint.

---

[1] There appears to be an error in the state court docket indicating that Michael O'Brien was served on November 19, 2010.

[2] These Defendants are not waiving any defenses with respect to insufficient service of process.

6. Copies of all process, pleadings, and orders either served upon Defendants or filed in the State Court action are attached and filed herein. (See State Court Record.)

WHEREFORE, Defendants Samuel Rivera, Robert Johnson, Michael Mulvey, Gary Quitadamo, Gary Gemme, Michael V. O'Brien and the City of Worcester, give notice that this action is removed from the Worcester Superior Court to this Court.

SAMUEL RIVERA, ROBERT JOHNSON, MICHAEL MULVEY, GARY QUITADAMO, GARY GEMME, MICHAEL V. O'BRIEN and CITY OF WORCESTER

By their attorneys,
David M. Moore, City Solicitor

/s/ Wendy L. Quinn
Wendy L. Quinn (BBO #653954)
Andrew J. Abdella (BBO #665663)
Assistant City Solicitors
Room 301, 455 Main Street
Worcester, MA  01608
(508) 799-1161
quinnwl@worcesterma.gov
abdellaaj@worcesterma.gov

CERTIFICATE OF SERVICE

I, Wendy L. Quinn, hereby certify that on this 24th day of November, 2010, I served the within Notice of Removal of Civil Action From State Court to the United States District Court upon Plaintiff by providing a copy of the same to Plaintiff's counsel of record, Hector E. Pineiro, via the United States District Court's electronic notification system.

/s/ Wendy L. Quinn
Wendy L. Quinn
Assistant City Solicitor